NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KENNETH T. MITCHELL, DOC #B07954,    )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D18-4367
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
                                     )
_____  )

Opinion filed October 11, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; Bruce E. Kyle, Judge.

Kenneth T. Mitchell, pro se.


PER CURIAM.


            Affirmed.


KELLY, LaROSE, and SMITH, JJ., Concur.